UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tyler Putmon,

Plaintiff,

vs.

City of Minneapolis, et al.,

Defendants.

Case No.

NOTICE OF REMOVAL OF ACTION
TO FEDERAL COURT

---

Pursuant to 28 U.S.C. §§ 1331, 1343, 1441 and 1446, Defendant, City of Minneapolis, hereby remove this action from the District Court of the Fourth Judicial District of the State of Minnesota to this Court. The grounds for removal are as follows:

1. On July 19, 2021, Plaintiff served a Summons and Complaint on the City of Minneapolis. On December 16, 2021, Minneapolis was dismissed from the lawsuit by operation of a stipulation.

2. On April 29, 2022, Plaintiff served Minneapolis with another Complaint ("the Amended Complaint"), naming it as a party to the lawsuit. A copy of the Amended Complaint is filed herewith. The Doe Defendants have not

been served with process.  The state court has entered a scheduling order and the

other parties have commenced fact discovery. Minneapolis has not answered.

3.      All served and named Defendants consent to removal.

4.      The Amended Complaint alleges a violation of Plaintiff's rights

protected under 42 U.S.C. § 1983.  This Court has original jurisdiction over such

claims pursuant to 28 U.S.C. § 1343, as they arise under the laws of the United

States within the meaning of 28 U.S.C. § 1331, and this action is therefore

removable under 28 U.S.C. § 1441.  The Complaint also alleges pendant common

law claims under Minnesota law.

5.      This Notice of Removal is being filed with this Court within 30 days

after Defendant City of Minneapolis's receipt of the Amended Complaint, which

is the document which named Minneapolis after Plaintiff voluntarily dismissed it

and is therefore timely under 28 U.S.C. § 1446(b)(3).

6.      Defendants will promptly file a copy of this Notice with the Clerk of

the District Court for the Fourth Judicial District of the State of Minnesota, County

of Hennepin.  A copy of Defendants' notice to the state court is filed herewith.

7.      Defendants demand a jury trial on all claims so triable.

WHEREFORE, notice is hereby given this action is removed from the

District Court of the State of Minnesota, County of Hennepin, to this Court for trial

2

or such other determination as this Court may make regarding the action and in

accordance with its jurisdictional limits under 28 U.S.C. § 1441.


Dated: May 20, 2022                         JAMES R. ROWADER, JR.
                                            City Attorney
                                            By /s/ *Brian S. Carter*
                                            BRIAN S. CARTER (Reg. No. 390613)
                                            Assistant City Attorney
                                            Minneapolis City Attorney's Office
                                            350 South Fifth Street, Room 210
                                            Minneapolis, MN 55415
                                            (612) 673-2063
                                            brian.carter@minneapolismn.gov

                                            *Attorney for Defendant City of*
                                            *Minneapolis*

3